DISMISS; Opinion issued November 14, 2012.



In The

## Court of Appeals

## Fifth District of Texas at Dallas

No. 05-11-01142-CV

ADDISON LIMOS LLC, MAHMOOD GHASREKHALILI D/B/A ADDISON XPRESS
CAR & LIMOUSINE SERVICE, AND FATEMA FAIYAZ, Appellants

V.

CINEMACAR LEASING, INC., Appellee

On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 2010-07004

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice O'Neill

Appellee Cinemacar Leasing, Inc. filed a motion to dismiss appeal as moot based on the

recent memorandum opinion out of the Second District Court of Appeals involving the same issues

and facts. See *Mahmood Chaseekhalili and Fatema Faiyaz v. Cinemacar Leasing, Inc.*, 02-11-

00454-CV, 2012 WL 3207247 (Tex. App.—Fort Worth, Aug. 30, 2012) (mem. op.).[1] Appellee

contends a ruling from this Court may result in contradictory and/or duplicative rulings on the same

facts and issues in dispute.

---

[1] While there is a discrepancy in the spelling of appellant Mahmood's last name, neither party has indicated he is not the same person.

We ordered appellants to file a response by October 29, 2012 and if we did not receive one, we informed appellants the Court "shall consider the motion and proceed accordingly" when the case was submitted. Appellants failed to file a response.

After reviewing the facts and issues raised in this appeal with the facts and issues decided by the Second District Court of Appeals, we agree with appellee that appellants' appeal is moot. Accordingly, appellee's motion is granted and we dismiss this appeal. TEX. R. APP. P. 42.3(a).

MICHAEL J. O'NEILL
JUSTICE

111142F.P05

-2-



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ADDISON LIMOS LLC, MAHMOOD GHASREKHALILI D/B/A ADDISON EXPRESS CAR & LIMOUSINE SERVICE, AND FATEMA FAIYAZ, Appellants

No. 05-11-01142-CV          V.

CINEMACAR LEASING, INC., Appellee

Appeal from the 298th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. Cause No.2010-07004).
Opinion delivered by Justice O'Neill, Justices FitzGerald and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** as moot.

It is **ORDERED** that appellee Cinemacar Leasing, Inc. recover its costs of this appeal from Addison Limos LLC, Mahmood Ghasrekhalili d/b/a Addison Express Car & Limousine Service, and Fatema Faiyaz.

Judgment entered November 14, 2012.


MICHAEL J. O'NEILL
JUSTICE